# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-50766
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 2, 2019

Lyle W. Cayce
Clerk

IRMA ROSAS,

        Plaintiff - Appellant

v.

SAN ANTONIO HOUSING AUTHORITY, also known as SAHA; NRP GROUP, L.L.C.; UNION PACIFIC RAILROAD; TEXAS RIOGRANDE LEGAL AID, INCORPORATED; BEXAR COUNTY, TEXAS; CITY OF SAN ANTONIO,

        Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:18-CV-537

Before REAVLEY, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

        We affirm the district court's judgment for the reasons explained by that court.

---

        * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.